FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

## DUBLIN DIVISION

| | |
|---|---|
| MUHMED AHMED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 305-154 |
| MCRAE CORRECTIONAL FACILITY et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** without prejudice.

**SO ORDERED** this 13 day of March, 2006.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT